UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

TERRANCE JACKSON,

                Plaintiff,                                 **AFFIDAVIT OF
SERVICE**

     -against-                                    Case No.: 08 CV 01987

THE CITY OF NEW YORK,
POLICE OFFICER MICHAEL L. MITCHELL shield # 12463,
POLICE OFFICERS JOHN/JANE DOE(S) #'s1-3,

                Defendants.

———————————————————————————X

       Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

    Ricardo Spence, Process Clerk
    Corporation Counsel for the City of New York
    100 Church Street, 4th Floor
    New York, New York 10007

       Mr. Spence is African American, approximately 27 years old and weigh approximately 160 pounds.  I delivered the above documents on February 28, 2008 at 1.10 p.m.

Dated:  **Brooklyn, NY**
        **February 28, 2008**

                                            By: Nicquan Bannister

Sworn to before me this
this ___ day of _____ , 2008

————————————————
NOTARY PUBLIC

                        DAVID A. ZELMAN
              NOTARY PUBLIC, State of New York
                    No. 02ZE6025678
               Qualified in New York County
            Commission Expires June 1, 20_11