**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3072

Via Fax: 212 805-6737
Honorable George P. Daniels
United States District Court
Southern District of New York
U.S. Courthouse, Room 630
500 Pearl Street
New York, New York 10007-1312

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 0 3 2008]*

**SO ORDERED**

The conference is adjourned to
June 17, 2008 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
JUN 0 3 2008

June 2, 2008

Re: Jackson v. City of New York
CV 08-01987

Honorable George B. Daniels:

I am the attorney for the plaintiff in the above action. The parties write to your Honor regarding scheduling of the above preliminary conference. The parties request that the June 3, 2008 conference be adjourned until June 4 at 11:30 AM.

We request that the Court so-order this stipulation and/or mark the Court's calendar accordingly.

Thank-you for your consideration.

Very Yours Truly,

David Zelman, Esq.

Via Fax:    212 788 9776
Johanna Castro, Esq.
Corporation Counsel
Attorney for Defendants
100 Church Street
New York, NY 1007
212 788 0976